IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT McCULLY JOHNSON, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. MJG-01-2868 |
| HONORABLE DONALD EVANS,<br>Secretary, U.S. Department of Commerce, | * | |
| | * | |
| Defendant. | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having considered the Defendant's Consent Motion for an Enlargement of Time and there being good cause shown, therefore, it is this  7th  day of  February , 2002, hereby

ORDERED that the Defendant's Reply to Plaintiff opposition to Defendant's Motion for Summary Judgment in this case be filed on or before March 25, 2002.

_____
Marvin J. Garbis
United States District Judge