IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT McCULLY JOHNSON,          *

      Plaintiff,             *

v.                               *   CIVIL NO. MJG-01-2868

HONORABLE DONALD EVANS,          *
Secretary, U.S. Department of Commerce,
                                 *
      Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having considered the parties' Joint for an Enlargement of Time to Complete Discovery and there being good cause shown, therefore, it is this 13th day of November, 2002, hereby:

1. ORDERED that discovery is extended until March 13, 2003; and it is further

2. ORDERED that dispostive motions are due April 14, 2003.

_____
Marvin J. Garbis
United States District Judge