**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Thomas M. DiBiagio*<br>*United States Attorney*<br><br>*Larry D. Adams*<br>*Assistant United States Attorney* | *6625 United States Courthouse*<br>*101 West Lombard Street*<br>*Baltimore, Maryland 21201-2692* | *410-209-4800*<br>*TTY/TDD:410-962-4462*<br>*410-209-4801*<br>*FAX 410-962-2310*<br>*Larry.Adams@usdoj.gov* |

March 14, 2003

The Honorable Marvin J. Garbis
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: <u>Robert Johnson v. Secretary of Commerce</u>
        Civil No: 01-2868

Dear Judge Garbis:

    For more than two months the parties have been negotiating a settlement in the above-captioned case. The government made an offer by letter which the plaintiff partially rejected. However, the plaintiff further clarified his demands. On March 5 the parties met face to face in an attempt to resolve the remaining sticking points. What now separates the parties appears to be technical in nature and not substantive. The upshot is that the agency has to recalculate and repackage its offer.

    Under the current scheduling order discovery closes on March 14. Because it make take several more weeks to finalize a settlement agreement, the parties have agreed to submit the attached Local Rule 111 order which will give us 60 days to finish the negotiations and obtain a fully executed agreement.

    An order is enclosed for the court's convenience.

                           Very truly yours,

                           Thomas M. DiBiagio
                         United States Attorney

                By:_____
                    Larry D. Adams
                    Assistant United States Attorney

cc: Mark W. Howes, Esq.