## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT McCULLY JOHNSON, | * |
| Plaintiff, | * |
| v. | *   CIVIL NO. MJG-01-2868 |
| HONORABLE DONALD EVANS, Secretary, U.S. Department of Commerce, | * |
| | * |
| Defendant. | |

**************

### LOCAL RULE 111 ORDER

This Court has been advised that the above action is being settled, including all counterclaims cross claims, and third-party claims, if any.

For this reason, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland,

ORDERED that this action is hereby dismissed with each party to bear its own costs, unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause to reopen this action if the settlement agreement is not fully executed within 60 days of the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court mail copies of this Order to counsel for the parties.

_____
Marvin J. Garbis
United States District Judge